# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | **Jamie R Daniels** | Case No. **18-12327** |
| | Debtor(s) | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2019**, a copy of **Order Dismissing Case and Scheduling a Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Capital One**
**Fedchoice Federal C U**
**FedLoan Servicing**
**FCC Finance, LLC c/o Lau & Associates, PC**
**Internal Revenue Service**
**Navy Federal Cr Union**
**Pennymac Loan Services c/o Phelan Hallinan**
**Transit Employees FCU**
**Verizon**
**PECO Energy Company**
**US Dept of Education c/o FedLoan Servicing**

**/s/ Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008Fax:215-545-0611**
**brad@sadeklaw.com**